**Order filed December 10, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00665-CV
_____

## KIM D. RICHARDSON, Appellant

## V.

## JOYCE POWELL, Appellee

**On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1138053**

# O R D E R

Appellant's brief was due November 25, 2019. No brief or motion for extension of time has been filed. If appellant does not file a brief with this court on or before **December 27, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.